

# Service of Process Transmittal
02/25/2022
CT Log Number 541121897

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: WHITE LESLIE // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint |
| **COURT/AGENCY:** | St. Clair County Circuit Court, IL<br>Case # 22LA0147 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 10/13/2020 - 1530 West Highway 50, in O'Fallon, Illinois |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/25/2022 at 17:23 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Brady M. McAninch<br>Hipskind & McAninch, LLC<br>5111 West Main Street<br>Belleville, IL 62220<br>618-641-9189 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/26/2022, Expected Purge Date: 03/03/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Feb 25, 2022

**Server Name:** Kyle Clutter

| Entity Served | WAL MART INC |
|---|---|
| Case Number | 22LA0147 |
| Jurisdiction | IL |



# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois  )
                   ) S.S.
County of St. Clair )

Case Number __22LA0147__

Amount Claimed _____

| Plaintiff(s) | Defendant(s) |
|---|---|
| LESLIE WHITE | WAL-MART, INC. |

VS

Classification Prefix _____ Code _____  Nature of Action _____ Code _____

Pltf. Atty. __Brady McAninch__ Code _____
Address __5111 W. Main Street__
City __Belleville, IL 62226__ Phone _____
Add. Pltf. Atty. _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME  CT CORPORATION (Registered Agent for Defendant)
ADDRESS  208 S. LASALLE ST., SUITE 814
CITY & STATE  CHICAGO, IL 60604

**SUMMONS COPY**

To the above named defendant(s). . . . . :

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

MARIE ZAIZ, Circuit Clerk
2/22/2022
Ashley Doughty

SEAL

WITNESS, _____ 20__

_____
Clerk of Court
BY DEPUTY: _____

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
|  |  |
|  |  |
|  |  |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
|  |  |  |
|  |  |  |

(d) - (Other service):

**SHERIFF'S FEES**

Service and return _____ $
Miles _____ .$_____
Total ........................ $_____

Sheriff of _____ County

_____, Sheriff of _____ County

_____, Deputy

Electronically Filed
Marie Zaiz
Circuit Clerk
Ashley Doughty
22LA0147
St. Clair County
2/22/2022 8:28 AM
16789433

IN THE CIRCUIT COURT FOR THE TWENTY SECOND JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| LESLIE WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 22LA0147 |
| | ) | |
| Vs. | ) | |
| | ) | |
| WAL-MART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES Plaintiff, Leslie White, by and through her attorneys, Hipskind & McAninch, LLC, and for her Complaint against Defendant, Wal-Mart, Inc., states as follows:

1. On or before October 13, 2020, Defendant, Wal-Mart, Inc. (hereafter "Wal-Mart"), owned, operated, managed, maintained, and controlled an establishment known as Wal-Mart located at 1530 West Highway 50, in O'Fallon, Illinois.

2. On October 13, 2020, Plaintiff, Leslie White, was on the premises as a Customer and patron of Wal-Mart, when she tripped on a raised concrete block on the sidewalk in front of the store, causing her to fall to the ground.

3. At the time and place alleged above, Wal-Mart had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premise.

4. On October 13, 2020, Wal-Mart was in violation of such duty, committed one or more of the following negligent acts:

   a. Failed to inspect the premises protect against unsafe conditions;

   b. Designed, built, and/or maintained its premises in an unsafe manner;

   c. Failed to properly warn of change in elevation levels in the walkway outside of the entry and exits;

    d. Failed to timely and properly maintain the subject area so as to provide a safe walking surface for its customers;

    e. Failed to provide any type of warning for its customers concerning the unsafe condition of the subject area, when it knew, or in the exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff; and/or

    f. Was otherwise careless and/or negligent in the ownership, operation, maintenance, and management of the subject establishment.

5. As a proximate result of one or more of the foregoing negligent acts or omissions of Wal-Mart, Plaintiff was caused to fall and suffer significant injuries and resulting damaged.

WHEREFORE Plaintiff, Leslie White, requests that the Court enter judgment in her favor against Defendant, Wal-Mart, Inc., in an amount to exceed $50,000.00 and for any other relief that is just under the circumstances.

Respectfully Submitted,

**HIPSKIND & MCANINCH, LLC**

By: /s/ Brady McAninch
Brady M. McAninch, #6306542
5111 West Main Street
Belleville, Illinois 62220
Phone: 618-641-9189
Fax: 618-551-2642
brady@hm-attorneys.com
*Attorneys for Plaintiff*